UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-265-1D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| CLIFTON LASHAWN DELWAYN CURRIE | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Indictment the above-captioned matter as the defendant has not been convicted of a crime punishable by imprisonment for a term exceeding one year, pursuant to United States v. Simmons, 2011 WL 3607266 (4th Cir. 2011).

This the 30th day of August, 2011.

/S/ Thomas B. Murphy
THOMAS B. MURPHY
Assistant United States Attorney
United States Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: (919) 856-4530
Fax: (919) 856-4487
Email: thomas.murphy2@usdoj.gov
NC Bar No. 12498

Leave of Court is granted for the filing of the foregoing dismissal.

HONORABLE JAMES C. DEVER, III
United States District Judge

Date: 8/30/11